**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1418**

SONYA M. ATKINS,

                  Plaintiff – Appellant,

        v.

BARACK OBAMA, President,

                  Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:16-cv-00091-REP)

Submitted:  August 18, 2016        Decided:  August 22, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Sonya M. Atkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonya M. Atkins appeals the district court's order summarily dismissing her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal. 28 U.S.C. § 1915(e)(2)(B) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED